UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDEN HOUSING INC.

      Plaintiff(s),                     No. 07-04325 JL

  v.                               NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

JAMES KARIM MUHAMMAD

      Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 28, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: September 10, 2007

                                                  Richard W. Wieking, Clerk
                                                  United States District Court

                                                  *Wings Hom*
                                                  By: Wings Hom, Deputy Clerk