1  JUDONDI BOLDEN  SBN 214509
   NICOLE HODGE    FBN CA 215157
2
   **OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
3  P.O. Box 5248
   Oakland, CA  94605
4
   Telephone: 510.834.8263
5  Facsimile: 888.536.9775

6  Attorneys for Plaintiff: EDEN HOUSING MANAGEMENT, INC.

7
              IN THE UNITED STATES DISTRICT COURT
8     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9  EDEN HOUSING MANAGEMENT, INC.,    ) Case No.: C07-04325 JL
                                     )
10          Plaintiff,                )
                                     )
11     vs.                           )
                                     )  **ASSOCIATION OF COUNSEL**
12 JAMES KARIM MUHAMMAD,             )
                                     )
13          Defendant.                )
                                     )
14 ───────────────────────────────

15 TO ALL INTERESTED PARTIES:

16     The undersigned representative for Eden Housing Management, Inc., Plaintiff in this

17 action, does hereby associate and appoint Nicole Hodge, SBN 215157, FBN CA 215157, as

18 associate counsel in addition to counsel of record, Judondi Bolden, Esq. in the above-captioned

19 matter.

20     Dated: 9/12/07                    _____
21                                        Judondi Bolden, Esq.,
                                          Attorney of Record for Plaintiff
22                                        Eden Housing Management, Inc.

23 **I consent to this association:**
                                          _____
24     Dated: 9/13/07
                                          Nicole Hodge, Esq.
25                                        Associate Attorney for Plaintiff
                                          Eden Housing Management, Inc.

Association of Counsel; Eden Housing Management, Inc. v. Muhammad- C07-04325 JL