1  JUDONDI BOLDEN   SBN 214509
   NICOLE HODGE       FBN CA 215157
2
   **OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
3  P.O. Box 5248
   Oakland, CA  94605
4
   Telephone: 510.834.8263
5  Facsimile: 888.536.9775

6  Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

7
                  IN THE UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10 EDEN HOUSING MANAGEMENT, INC.,    ) Case No.: C07-04325 JL
                                     )
11         Plaintiff,                )
                                     ) **PLAINTIFF EDEN HOUSING**
12     vs.                           ) **MANAGEMENT INC.'S EX PARTE**
                                     ) **REQUEST FOR REMAND AND**
13 JAMES KARIM MUHAMMAD,             ) **OPPOSITION TO NOTICE OF**
                                     ) **REMOVAL**
14         Defendant.                )
                                     ) *Filed concurrently with:*
15                                   )
                                        1. Brief in Support of Remand;
                                        2. Declaration of Judondi Bolden
16                                      3. [proposed] Order.

17 _____

18
       **TO THE CLERK OF THE ABOVE ENTITLED COURT:**
19
       **PLEASE TAKE NOTICE** that EDEN HOUSING MANAGEMENT, INC., Plaintiff in
20
   the Superior Court of California, County of Contra Costa Case number RS07-0943, DOES
21
   hereby move that this Court remand the matter back to State Court pursuant to 28 USC 1447(c)
22
   and Civ. L.R. 7-12. The basis of this motion is more fully set forth in the attached brief and
23
   supporting declaration.
24

25                                              /s/Nicole Hodge
                                                Nicole Hodge

         Request for Remand; Eden Housing Management, Inc. v. Muhammad- C07-04325 JL