JUDONDI BOLDEN  SBN 214509
NICOLE HODGE     FBN CA 215157

**OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
P.O. Box 5248
Oakland, CA  94605

Telephone: 510.834.8263
Facsimile: 888.536.9775

Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDEN HOUSING MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES KARIM MUHAMMAD, <br><br> Defendant. | Case No.: C07-04325 JL <br><br> **DECLARATION OF JUDONDI BOLDEN IN SUPPORT OF PLAINTIFF EDEN HOUSING MANAGEMENT INC.'S REQUEST FOR REMAND AND OPPOSITION TO NOTICE OF REMOVAL** <br><br> *Filed concurrently with:* <br><br> 1. Motion for Remand; <br> 2. Brief in Support of Remand; <br> 3. [proposed] Order |

DECLARATION OF JUDONDI BOLDEN

I, Judondi Bolden, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and attorney of record for plaintiff, Eden Housing Management, Inc. I have personal knowledge of, and if called upon to do so, I could and would competently testify to, those facts and matters to which I hereinafter declare, except as to the matters stated upon information and belief, and as to those matters as I believe them to be true.

2. I am making this declaration in support of Plaintiff's Request for Remand and Opposition to Notice of Removal.

Declaration of Bolden re: Request for Remand; Eden Housing Management, Inc. v. Muhammad- C07-04325 JL

3. I caused the instant unlawful detainer action against Defendant to be filed on August 9, 2007.

4. My process server, Patsy Gholson, who is registered in the county of Alameda advised me on or about August 17 that she had been unsuccessful in attempting to serve the summons and complaint on Defendant. Specifically she stated that she had made numerous attempts at various hours of the day and night without any response to her knocks at the Defendant's unit, although the unit appeared to be occupied at the time.

5. On August 30, 2007 Defendant was personally served in the lobby of the subject property.

6. On or about August 31, 2007 I received Defendant's Notice of Removal in the mail. The certificate of mailing attached and signed by Defendant stated that service had been made on August 21, 2007. However, the postmark on the envelope was dated August 27, 2007.

I declare under penalty of perjury under the laws of the united States and the State of California that the foregoing is true and correct.

Executed this 12th day of September 2007 at Oakland, California

                                          /s/JudondiBolden
                                          Judondi Bolden

Declaration of Bolden re: Request for Remand; Eden Housing Management, Inc. v. Muhammad- C07-04325 JL