

EXHIBIT C

# DECLARATION OF SERVICE

Being first duly sworn according to law the undersigned declare:

At the time of service I was at least 18 years of age and was the defendant acting as counsel for defendant pro per.

I served the parties or their attorney of record:

Judondi Bolden
PO Box 5248
Oakland CA 94605

with Verified Petition For Removal by placing a true copy of same in a sealed envelope addressed as above said with postage thereon fully prepaid and depositing same into the United States mails on August 21, 2007 at Oakland CA.

I declare under penalty of perjury that the foregoing is true.

James Karim Muhammad

EXHIBIT B