JUDONDI BOLDEN  SBN 214509
NICOLE HODGE      FBN CA 215157

**OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
P.O. Box 5248
Oakland, CA  94605

Telephone: 510.834.8263
Facsimile: 888.536.9775

Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDEN HOUSING MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES KARIM MUHAMMAD, <br><br> Defendant. | Case No.: C07-04325 JL <br><br> **[proposed] ORDER RE: PLAINTIFF EDEN HOUSING MANAGEMENT INC.'S REQUEST FOR REMAND AND OPPOSITION TO NOTICE OF REMOVAL** <br><br> *Filed concurrently with:* <br><br> 1. Motion for Remand; <br> 2. Brief in Support of Remand; <br> 3. Declaration of Judondi Bolden |

Plaintiffs move, pursuant to 28 USC 1447(c) and Civ. L.R 7-12 for Remand back to state court.

CONCLUSION

For the foregoing reasons Plaintiff's motion to remand this matter back to the Superior Court of Contra Costa County is **GRANTED**.

    **Dated:** _____

                                                      **The Hon. James Larson,**
                                                    **District Court Magistrate Judge for**
                                                    **the Northern District of California**