```
JUDONDI BOLDEN   SBN 214509
NICOLE HODGE      FBN CA 215157
```

**OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
P.O. Box 5248
Oakland, CA  94605

Telephone: 510.834.8263
Facsimile: 888.536.9775

Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN HOUSING MANAGEMENT, INC., <br><br>Plaintiff/Petitioner, <br><br>vs. <br><br>JAMES KARIM MUHAMMAD, <br><br>Defendant/Respondent. | Case No.: C07-04325 SBA <br><br>**DECLARATION OF NICOLE D. HODGE IN SUPPORT OF PETITIONER'S MOTION FOR REMAND AND EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR REMAND** <br><br>Action Filed: August 9, 2007 <br><br>Action Removed to this Court: August 22, 2007 <br><br>Date: November 27, 2007 <br>Time: 1:00 pm <br>Place: Courtroom 3, 3rd Floor <br>Judge: Hon. Saundra Brown Armstrong <br><br>*Filed concurrently with:* <br><br>1. Application for Order Shortening Time <br>2. Declaration of Nicole Hodge |

I, Nicole Hodge declare as follows:

1.  I am an attorney admitted to practice before the Bar of the State of California and the

United States District Court Northern District of California. I make this Declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. This Declaration is submitted in support of Petitioner's Motion for Remand and Petitioner's *Ex Parte* Application For An Order Shortening Time for Hearing on Motion on Remand in the above-captioned action. In the Motion For Remand, Petitioners contend that the action was improperly removed to federal court. Petitioners argue that the Court lacks federal question jurisdiction.

3. On November 11, 2007, November 12, 2007 and November 13, 2007, I attempted at in the morning and evening times to contact Mr. Muhammed, Respondent in Pro Per by telephone. Each time I received no answer and could not leave a voicemail.

4. Since the removal of this suit, I have not been able to contact Mr. Muhammed by letter or by phone.

5. Mr. Muhammed, Respondent was served by mail with Petitioner's Motion for Remand and did not respond. Given Mr. Muhammed's absence from this case and his failure to respond to notices, I believe that additional attempts to meet and confer would be futile and counter-productive to the goal of expeditious resolution of the merits of the Petitioner. As such, Petitioners have applied *ex parte* for an order shortening time.

6. The requested time modification will not alter the schedule of this matter, because no schedule has been set.

I declare under penalty of perjury under the laws of the state of the United States of America that the foregoing is true and correct. Executed this 13th day of November, 2007, at Los Angeles, CA.

DECLARATION OF NICOLE HODGE IN SUPPORT OF MOTION
CASE NO.: C07-04325 SBA-    2

1
2
          /s/ Nicole Hodge
            NICOLE HODGE
           Attorney for Petitioner

DECLARATION OF NICOLE HODGE IN SUPPORT OF MOTION

CASE NO.: C07-04325 SBA-    3