```
1   JUDONDI BOLDEN   SBN 214509
    NICOLE HODGE      FBN CA 215157
2
    OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW
3   P.O. Box 5248
    Oakland, CA  94605
4
    Telephone: 510.834.8263
5   Facsimile: 888.536.9775

6   Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN HOUSING MANAGEMENT, INC., <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> JAMES KARIM MUHAMMAD, <br><br> Defendant/Respondent. | Case No.: C07-04325 SBA <br><br> **[proposed] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR REMAND** <br><br> Action Filed: August 9, 2007 <br><br> Action Removed to this Court: August 22, 2007 <br><br> Date: November 27, 2007 <br> Time: 1:00 pm <br> Place: Courtroom 3, 3rd Floor <br> Judge: Hon. Saundra Brown Armstrong <br><br> *Filed concurrently with:* <br><br> 1. Application for Order Shortening Time <br> 2. Declaration of Nicole Hodge |

The Court, after considering the written submissions of the parties in connection with Petitioner's Ex Parte Application for Order Shortening Time For Hearing On Motion For Remand, finds there is good cause to grant the application. Therefore;

ORDER ON PETITIONER'S APPLICATION FOR ORDER SHORTENING TIME

CASE NO.: C07-04325 SBA-            1

IT IS HEREBY ORDERED that:

1. Petitioner's Ex Parte Application For Order Shortening Time is GRANTED;

2. Respondent shall file his Opposition to Petitioner's Motion for Remand, if any, no later than November 19, 2007;

3. Petitioner shall file its Reply to Respondent's Opposition, if any, no later than November 21, 2007; and

4. The hearing on Petitioner's Motion for Remand shall be set for 1:00 pm on November 27, 2007.

Dated: _____

_____
HON. SAUNDRA B. ARMSTRONG
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA