JUDONDI BOLDEN  SBN 214509
NICOLE HODGE     FBN CA 215157

**OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
P.O. Box 5248
Oakland, CA  94605

Telephone: 510.834.8263
Facsimile: 888.536.9775

Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| EDEN HOUSING MANAGEMENT, INC., <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> JAMES KARIM MUHAMMAD, <br><br> Defendant/Respondent. | Case No.: C07-04325 SBA <br><br> **[proposed] REMAND ORDER** <br><br> Action Filed: August 9, 2007 <br><br> Action Removed to this Court: <br> August 22, 2007 <br><br> Date: November 27, 2007 <br> Time: 1:00 pm <br> Place: Courtroom 3, 3rd Floor <br> Judge: Hon. Saundra Brown Armstrong |

The Court, after considering the oral and written submissions of the parties in connection with Petitioner's Motion for Remand, finds that it appears that this Court lacks subject matter jurisdiction over the action required pursuant to 28 USC §1441(b), and that the award of actual costs, including attorneys fees, is warranted in accord with 28 USC§1447(c). Therefore,

IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Remand is GRANTED;

ORDER ON PETITIONER'S MOTION FOR REMAND

CASE NO.: C07-04325 SBA-            1

1  2. This cause is REMANDED to the Superior Court of the County of Contra Costa;

2  3. The Clerk of this Court is hereby directed to prepare a certified copy of this Order and mail it to the Clerk of the Superior Court of the County of Contra Costa, Richmond Branch;

4. Respondent is ordered to pay Petitioner's actual costs, including reasonable attorneys' fees, incurred as a result of removal.

Dated: _____

_____
HON. SAUNDRA B. ARMSTRONG
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA