1  JUDONDI BOLDEN  SBN 214509
   NICOLE HODGE      FBN CA 215157
2
   **OFFICE OF JUDONDI BOLDEN, ATTORNEY AT LAW**
3  P.O. Box 5248
   Oakland, CA  94605
4
   Telephone: 510.834.8263
5  Facsimile: 888.536.9775

6  Attorneys for Plaintiff:  EDEN HOUSING MANAGEMENT, INC.

7
                     IN THE UNITED STATES DISTRICT COURT
8                      NORTHERN DISTRICT OF CALIFORNIA

9
                                        )  Case No.: C07-04325 SBA
10                                      )
                                        )
11                                      )  [proposed] ORDER SHORTENING TIME
                                        )  FOR HEARING ON MOTION FOR
12                                      )  REMAND
   EDEN HOUSING MANAGEMENT, INC.,       )
13                                      )  Action Filed: August 9, 2007
            Plaintiff/Petitioner,       )
14                                      )  Action Removed to this Court:
                                        )        August 22, 2007
15     vs.
                                           Date: November 27, 2007
16  JAMES KARIM MUHAMMAD,                  Time: 1:00 pm
                                           Place: Courtroom 3, 3rd Floor
17          Defendant/Respondent.          Judge: Hon. Saundra Brown Armstrong

18                                         *Filed concurrently with:*

19                                            1. Application for Order Shortening Time
                                              2. Declaration of Nicole Hodge
20
    _____
21

22       The Court, after considering the written submissions of the parties in connection with

23  Petitioner's Ex Parte Application for Order Shortening Time For Hearing On Motion For

24  Remand, finds there is good cause to grant the application. Therefore;

25
                  ORDER ON PETITIONER'S APPLICATION FOR ORDER SHORTENING TIME
                            CASE NO.: C07-04325 SBA-            1

IT IS HEREBY ORDERED that:

1. Petitioner's Ex Parte Application For Order Shortening Time is GRANTED;

2. Respondent shall file his Opposition to Petitioner's Motion for Remand, if any, no later than November 19, 2007;

3. Petitioner shall file its Reply to Respondent's Opposition, if any, no later than November 21, 2007; and

4. The hearing on Petitioner's Motion for Remand shall be set for 1:00 pm on ~~November XX, 2007~~ December 4, 2007.

Dated: 11/15/07

_____
HON. SAUNDRA B. ARMSTRONG
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORDER ON PETITIONER'S APPLICATION FOR ORDER SHORTENING TIME
CASE NO.: C07-04325 SBA-    2