UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN HOUSING MANAGEMENT INC. ET AL            Plaintiff,<br><br>vs.<br><br><br>MUHAMMAD,<br>        Defendant.<br>_____ | No. C 07-04325 SBA<br><br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for November 29, 2007, at 3:00 p.m., has been continued to Tuesday, December 4, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.


DATED:   11/20/07

                                   FOR THE COURT,
                                   Richard W. Wieking, Clerk


                                   By: _Lisa R. Clark_____
                                        LISA R. CLARK
                                        Courtroom Deputy




To:

1

2   UNITED STATES DISTRICT COURT
    FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4   EDEN HOUSING MANAGEMENT INC. et
    al,                                           Case Number: CV07-04325 SBA
5
               Plaintiff,                         **CERTIFICATE OF SERVICE**
6
7       v.

8   MUHAMMAD et al,

9              Defendant.
    _____/
10

11  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.
12
    That on November 20, 2007, I SERVED a true and correct copy(ies) of the attached, by
13  placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
    listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
14  inter-office delivery receptacle located in the Clerk's office.

15

16  James Karim Muhammad
    1555 3rd Street, Apt. 318
17  Richmond,  CA 94801

18
    Dated: November 20, 2007
19
                                                 Richard W. Wieking, Clerk
20                                               By: LISA R CLARK, Deputy Clerk

21

22

23

24

25

26

27

28
                                        - 2 -