James Karim Muhammad
1555 3rd St. Apt. 318
Richmond, CA 94801
Phone: (510) ~~235-0331~~ 860-5373



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eden Housing Management, Inc. ) | |
| ) | No. C-07-04325SBA |
| Plaintiff ) | |
| ) | FIRST CASE MANAGEMENT |
| vs ) | STATEMENT FOR DEFENDANT, |
| ) | JAMES KARIM MUHAMMAD |
| James Karim Muhammad ) | |
| ) | Date:     Dec. 4, 2007 |
| Defendant ) | Time:     1:00 pm |
| | Ct Room   3 - 3rd Fl, Oaklan |

1.   The plaintiff, Eden Housing Management, Inc. commenced its action for Unlawful Detainer against the defendant, James Karim Muhammad on August 9, 2007 by a filing in the Superior Court of the State of California, Contra Costa County in Civil Case No. RS-07-0943.

2.   The specific grounds upon which the plaintiff are bringing suit against the defendant, James Karim Muhammad is "Housing and Urban Development Regulations 24 CFR 891 and 247.

3.   CFR Regulations represent "Code Of Federal Regulations" which are authorizations by the United States Congress for Housing Urban Development (HUD) to promulgate laws or regulations which govern loans to housing developers; of which the plaintiff above, holds itself out to be.

1

4.  Title 28 U.S.C sections 1331 gives original jurisdiction of matters which involve the interpretation of Acts of Congress to the United States District Courts; and Title 28 U.S.C section 1446(b) authorize a defendant to transfer a case to court of original jurisdiction provided that such motion to transfer is made within less than 30 days after the case is filed.

5.  The defendant, James Karim Muhammad filed his Motion to Remove this case from the California Superior Court on August 22, 2007 [which was less than 30 days after it had been filed in the said State court].

6.  The only questions at issue in this case are those stated in the Three Day Notice, and those raised by the Answer to the Complaint.

7.  The Three Day Notice before the Court shows that the Supervisor, Toni Cummings and her Resident Manager, Mary Louise Green-King accused the defendant, James Karim Muhammad of misdemeanor battery against Toni Cummings as witnessed by Mary Louise Green-King, which was investigated by the Deputy Sheriff of Contra Costa County and litigated before the Superior Court of California, Contra Costa County, and the allegations were voluntarily dismissed by the plaintiffs, Toni Cummings and Mary Louise Green-King in open court on August 7, 2007.

8.  Within less than 30 days after the false police reports and false charges by Toni Cummings and Mary Louise Green-King were dismissed, both Toni Cummings and Mary Louise Green-KIng were removed from Eden Housing Management employment; and are currently no longer connected with Eden Housing, Inc; and can

not benefit by the outcome of the present on-going civil suit against the defendant, James Karim Muhammad.

9. The defendant, James Karim Muhammad, has written letters to Attorney of record, Judondi Bolden and requested to meet and confer in prepration for resolving this case, and the said attorney of record has refused to meet and confer in effort to resolve the said matter.

10. On _____ Judondi Bolden filed a Motion To Remand the said case to State Court without complying with appropiate local Rules stating the date and time of hearing on the proposed Motion; and subsequently on November 16, 2007, filed Ex Parte Motion To Shorten Time for Hearing her Motion To Remand.

11. Based upon the action of the attorney for plaintiff, the Court is now scheduled to hear the MOtion of Eden Housing Management, Inc to Remand on December 4, 2007 in Courtroom 3 at Oakland California at the hour of 1:00 pm.

12. The defendant needs to see the By-Laws of Eden Housing Management, and needs to see the contract made between Eden Housing Management, Inc and HUD. In addition to the foregoing, the defendant needs to see information relating to insurance and/or Bonds established by Eden Housing in case of damages caused by persons acting on behalf of said agency, before this suit can be fully resolved.

13. Motions for Sanctions may be necessary before the corporation of the attorney for plaintiff will cooperate with the defendant, James Karim Muhammad, in resolving this suit.

Date: Nov. 28, 2007

*James Karim Muhammad*
James Karim Muhammad, defendant, pro per

# DECLARATION OF SERVICE

I the undersigned declare under penalty of perjury as follows:

1. At the time of service I was above the age of 18 years and was the defendant in Case No. C-07-04325 SBA.

2. I served the parties or their attorney of record:

Judondi Bolden

with a copy of First Case Management Statement For Defendant, James Karim Muhammad by placing a true copy of same in a cealed envelope addressed as above said and depositing the same in the United States mails at Oakland, CA for delivery on Nov. 28, 2007

I declare under penalty of perjury that the foregoing is true

James Karim Muhammad